UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

## AFFIDAVIT

I, Task Force Officer Elijah Hanks, being duly sworn, declare and state:

## TRAINING AND EXPERIENCE

1.      I, Detective Elijah Hanks, am a sworn law enforcement officer with the Minot Police Department, employed as a criminal investigator and currently serves as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). As a TFO, I am cross-designated to investigate violations of federal criminal law and authorized to participate in the execution of federal search and arrest warrants. Your Affiant has been employed in law enforcement for approximately nine years, including five years as a detective. I was deputized as ATF TFO on August 1, 2024 where I investigate violent crime, illegal firearm possession and trafficking.

2.      As an investigator, I have investigated a wide variety of cases to include homicide, assault, child sex crimes, violent crimes involving firearms, drug related overdoses, drug trafficking and distribution. I have assisted and led large-scale operations spanning multiple states and involving international drug and weapons trafficking. I have experience coordinating with local, state, and federal law enforcement agencies both in state and out. I have received training in interview and interrogation, digital forensic extraction and analysis, drug identification, and identifying Mexican drug cartels and methods of operation. I also serve the Minot Police Department as a certified instructor by teaching

1

TFO Hanks/ATF Case #26-10851

Search and Seizure, Search Warrants, North Dakota Gun Laws, Drug Endangered Children and Overdose Investigations for Patrol.

## FACTS ESTABLISHING PROBABLE CAUSE

1. On January 2, 2026, your affiant investigated a stolen firearm case in Minot, North Dakota involving a stolen Stag Arms 5.56 caliber rifle. During the investigation, your affiant learned Abram John BRUGUIER (YOB: 1983) may have received the stolen firearm through several hand transactions after the firearm was originally stolen. BRUGUIER was believed to be living with a roommate at Edge View Trailer Court at 1500 18th Street #42, Minot, North Dakota.

2. Simultaneous to your affiant's investigation, TFO Gannon Miller of the Ward County Narcotics Task Force (WCNTF) received intel from MHA Division of Drug Enforcement (DDE) that BRUGUIER was potentially selling narcotics out of a trailer in Edge View Trailer Court. On February 10, 2026, TFO Miller conducted surveillance on the trailer and observed multiple individuals entering and exiting the trailer. A traffic stop was conducted on the roommate, who will be referred to hereafter as WITNESS 1. A probation search was authorized and executed on WITNESS 1 and his vehicle where U.S. cash currency and narcotics were seized. WITNESS 1 confirmed MHA DDE's intel that BRUGUIER was renting a room from WITNESS 1 and was selling narcotics out of the trailer.

3. TFO Miller obtained and executed a search warrant on trailer #42 that same day of February 10, 2026. Your affiant was present and assisted in the execution of said warrant. BRUGUIER's bedroom was identified to be the north bedroom based on WITNESS 1's statement, as well as several items of documentation with BRUGUIER's name. BRUGUIER was not present upon officers' arrival. A secured safe was located in BRUGUIER's bedroom

2

that contained a Taurus PT111, 9mm pistol, and (32) rounds of assorted 9mm ammunition. The serial number was observed to be obliterated as the material where the first few numbers would have been, was gouged out. The remaining visible numbers were "2701".

4. TFO Miller obtained an arrest warrant for BRUGIER through the North Dakota Ward County District Court for firearm and narcotic charges stemming from the items found from the search warrant. On March 7, 2026, BRUGUER was located at Motel 6 at 1515 22nd Avenue Southwest, Minot, North Dakota in room #226—registered to BRUGUIER. A search of the room was executed by officers of the Minot Police Department via probation authorization.

5. BRUGUIER was located in the room with another female—WITNESS 2. BRUGUIER was arrested for his active warrant and transported to Ward County Jail. Two additional firearms were located in the hotel room including a SCCY CPX-2, 9mm pistol, SN: 108294 and a Bersa BP9CC, 9mm pistol, SN: L37140. The Bersa pistol was loaded with fifteen (15) rounds of Sig Sauer 9mm ammunition and the SCCY pistol was loaded with ten (10) rounds of Fiocchi 9mm ammunition.

6. On March 11, 2026, your affiant conducted a custodial interview with BRUGUIER at The Ward County Jail. BRUGUIER was mirandized and he agreed to speak. BRUGUIER admitted he was involved in dealing narcotics and claimed ownership of all three previously noted firearms. BRUGUIER stated he obtained the firearms for his protection after receiving tips that individuals were planning to rob him for his money, and described one failed attempt. BRUGUIER described being approached by masked men in his vehicle a few weeks prior to the February 10 search warrant, at which point he retrieved one of his handguns that had a laser accessory attached. After activating the laser, BRUGUER stated the masked men

3

fled the area. Your affiant noted the seized Bersa 9mm pistol had an attached laser.

7. BRUGUIER further claimed he received all three firearms from the same unknown male in Williston, North Dakota during the last few months, but could not recall his name. BRUGUIER acknowledged the Taurus PT111 had an obliterated serial number upon receiving it but still maintained possession of the firearm.

8. BRUGUIER has multiple previous felony convictions including:

Bail Jumping - Judgment entered on or about May 27, 2021, in Mountrail County (ND) District Court, Case No. 31-2020-CR-00336;

Possession With Intent to Deliver Methamphetamine - Judgment entered on or about July 8, 2021, in Mountrail County (ND) District Court, Case No. 31-2020-CR-00226;

Possession of Fentanyl – 2d Offense - Judgment entered on or about May 20, 2022, in Ward County (ND) District Court, Case No. 51-2022-cr-00549;

Possession of Methamphetamine – 2d Offense - Judgment entered on or about February 22, 2023, in Ward County (ND) District Court, Case No. 51-2022-cr-02140; and

Criminal Trespass-Dwelling - Judgment entered on or about September 24, 2025, in Ward County (ND) District Court, Case No. 51-2025-cr-01595

9. ATF Special Agent (S/A) Jeremy Schmidt assisted your affiant in assessing the previously noted firearms and ammunition, and confirmed all firearms and ammunition were manufactured outside the State of North Dakota, therefore meeting the interstate commerce element.

10. Based on the seized firearms, ammunition, and BRUGUIER's admissions, your Affiant believes that Abram John BRUGUIER knowingly and intentionally possessed

4

firearms and ammunition on February 10, 2026, and March 7, 2026, having previously been convicted of a felony offense in violation of 18 U.S.C. § 922(g).

ELIJAH HANKS, TASK FORCE OFFICER
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me via telephone or other reliable electronic means

pursuant to Rule 4.1, FRCrimP, this ___12___ day of ___June___, 2026.

CLARE R. HOCHHALTER
UNITED STATES MAGISTRATE JUDGE

5